UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>BRUCE A. FOURNIER and<br>DONNA A. FOURNIER,<br><br>    Defendants | CIVIL ACTION NO.<br><br>10-30086-MAP |

## ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1) publish a copy of the attached NOTICE once in the Daily Hampshire Gazette, a newspaper published in Northampton, Massachusetts, and the Daily Hampshire Gazette having a general circulation in Southampton, Massachusetts;

(2) mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendant at their last known address;

(3) record a certified copy of the attached NOTICE in the Hampshire County Registry of Deeds.

Dated: 5/11/10

SARAH A. THORNTON

Clerk

*[signature]*
DEPUTY CLERK