UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>BRUCE A. FOURNIER and<br>DONNA A. FOURNIER,<br><br>Defendants. | CIVIL ACTION NO. 10-CV-30086-MAP |

## ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of a mortgage given by Bruce A. Fournier and Donna A. Fournier to the United States, acting through the Department of Agriculture. Said mortgage is dated March 4, 1981 and recorded on March 4, 1981 in the Hampshire County Registry of Deeds in Book 2212 at Page 78.

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1940 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated: 9.20.10

_Michael A. Ponsor_
UNITED STATES DISTRICT JUDGE